| **United States Bankruptcy Court**<br>**District of New Jersey** | | |
| --- | --- | --- |
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: | 26-22353 |
| In re: Anthony Louis DeStasio,<br>*Debtor*. | Chapter: | 7 |
| | Judge: | ____________ |

**Application for Refund of Filing Fee**

On October 30, 2026, the undersigned filed a Chapter 7 Voluntary Petition (ECF No. 1) on behalf of Anthony Louis DeStasio (the "Debtor"). A fee concerning the filing was paid in the amount of $338.00. I request that the Court issue a refund of the filing fee for the reasons set forth below.

1. The Debtor did not intend to pay the filing fee at the time of filing. On the petition, at Part 2, line 8, the Debtor checked the box requesting that the fee be waived.

2. On the same day, the Debtor filed an Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) at ECF No. 4.

3. The Debtor's agreement with the undersigned's firm does not include payment of the filing fee. It provides instead for an application asking the Court to waive the fee and specifies that, if the waiver is denied, paying the fee is the Debtor's responsibility.

4. When the undersigned filed the petition through CM/ECF, he inadvertently completed the electronic payment prompt instead of filing the petition without payment. As a

result, $338.00 was charged through Pay.gov (Receipt No. A50283781) to a payment card of Law Office of Mike Assad, P.C.

5. The payment was made in error, and neither the Debtor nor anyone on his behalf has reimbursed the firm.

6. The undersigned requests that the $338.00 be refunded to the card from which it was paid.

I certify under penalty of perjury that the above is true and correct.

Date: October 30, 2026

/s/ Michael I. Assad
Michael I. Assad