| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By:Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: | 26-22353 |
| In re: Anthony Louis DeStasio,<br><br>*Debtor*. | Chapter:<br><br>Judge: | 7<br><br>____________ |

**Order Concerning Application for Refund of Filing Fee**

The relief set forth on the following page is hereby **ORDERED**.

---

An Application for Refund of Filing Fee having been filed by Michael I. Assad on October 30, 2026, and the Court having reviewed the request, it is hereby **ORDERED** that the request is:

☒ **Granted.** The Clerk will issue a refund in the amount of $338.00 to the applicant.

☐ **Denied.**

###