**United States Bankruptcy Court**
**District of New Jersey**

By:Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

**Order Filed on November 2, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re: Anthony Louis DeStasio,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-22353 |
| Chapter: | 7 |
| Judge: | ____________ |

**Order Concerning Application for Refund of Filing Fee**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

---

An Application for Refund of Filing Fee having been filed by Michael I. Assad on October 30, 2026, and the Court having reviewed the request, it is hereby **ORDERED** that the request is:

☒ **Granted.** The Clerk will issue a refund in the amount of $338.00 to the applicant.

☐ **Denied.**

###