**United States Bankruptcy Court**
**District of New Jersey**

By:Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

Order Filed on November 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re: Anthony Louis DeStasio,

*Debtor*.

Case No.: 26-22353

Chapter: 7

Judge: ____________

**Order Concerning Application for Refund of Filing Fee**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

An Application for Refund of Filing Fee having been filed by Michael I. Assad on October 30, 2026, and the Court having reviewed the request, it is hereby **ORDERED** that the request is:

☒ **Granted.** The Clerk will issue a refund in the amount of $338.00 to the applicant.

☐ **Denied.**

###

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-22353-CMG

Anthony Louis DeStasio Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 1

Date Rcvd: Nov 02, 2026 Form ID: pdf903 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| **Recip ID** | **Recipient Name and Address** |
|---|---|
| db | Anthony Louis DeStasio, 198 Walnut Creek Ln, Toms River, NJ 08753-2568 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,paralegal@mchfirm.com |
| Michael I. Assad | on behalf of Debtor Anthony Louis DeStasio mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3